185 So. 920

### Albert COOK v. STATE.
6 Div. 312.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

181 So. 918

### Annie Bell COOPER v. STATE.
6 Div. 341.

Court of Appeals of Alabama.
June 7, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

181 So. 918

### Calloway COOPER v. STATE.
7 Div. 366.

Court of Appeals of Alabama.
June 7, 1938.

W. D. DeBardelaben, of Anniston, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

180 So. 897

### Wallace COOPER v. STATE.
7 Div. 367.

Court of Appeals of Alabama.
March 29, 1938.

W. D. De Bardelaben, of Anniston, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

177 So. 918

### Jesse W. CORK v. STATE.
6 Div. 105.

Court of Appeals of Alabama.
Dec. 14, 1937.

BRICKEN, Presiding Judge.
Affirmed.

178 So. 923

### Zeke CORNELISON v. STATE.
8 Div. 682.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Affirmed.